UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **RONALD MARSHALL** | **CIVIL ACTION** |
| **VERSUS** | **NO. 14-849** |
| **ROBERT TANNER, WARDEN** | **SECTION "A"(2)** |

### O R D E R

The court, having considered the complaint, the record, the applicable law, the Report and Recommendation and Supplemental Report and Recommendation of the United States Magistrate Judge, and the objections to the Magistrate Judge's Report and Recommendation and Supplemental Report and Recommendation, hereby approves the Report and Recommendation and the Supplemental Report and Recommendation of the United States Magistrate Judge and adopts them as its opinion in this matter.  Therefore,

**IT IS ORDERED** that the Ronald Marshall's objections are **OVERRULED** and his petition for issuance of a writ of habeas corpus under 28 U.S.C. § 2241 is **DISMISSED WITHOUT PREJUDICE** for failure to exhaust state required remedies.

New Orleans, Louisiana, this 16th day of April, 2015.

_____
UNITED STATES DISTRICT JUDGE